**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61381-CIV-ALTMAN/Hunt**

**NOAH GREENBLATT** *and*
**CODY TEAGUE**,

      *Plaintiffs*,

v.

**GREEN PLANT CORP.**,

      *Defendant*.

_____/

## ORDER

      **THIS MATTER** came before the Court on a status conference held on July 29, 2020. For the reasons stated in open court, the Court hereby

      **ORDERS and ADJUDGES** that the Status Conference is hereby **CONTINUED** to **August 13, 2020 at 1:00 p.m.** At that time, the parties shall dial 1-888-363-4734 and enter access code 9127026, followed by the # symbol. Counsel must not utilize speakerphone functionality during the hearing. If possible, counsel should use a landline. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of the date of this Order.**

      **DONE AND ORDERED** in Fort Lauderdale, Florida this 29th day of July 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record